# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BMO HARRIS BANK N.A., | )<br>) Case No. 2:15-cv-00593-JCM-NJK |
| Plaintiff(s), | )<br>) ORDER DISCHARGING |
| vs. | ) ORDER TO SHOW CAUSE<br>) |
| KENNETH RAYMOND ORCHARD, et al., | )<br>) |
| Defendant(s). | )<br>) |

Pending before the Court is an order for the parties to show cause arising out of their failure to file a joint proposed discovery plan. *See* Docket No. 22. The parties have now filed a response. Docket No. 23. For good cause shown, the Court hereby **DISCHARGES** the order to show cause (Docket No. 22).

IT IS SO ORDERED.

DATED: November 10, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge