UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BMO HARRIS BANK, N.A., | |
|     Plaintiff, | Case No. 2:15-cv-00593-JCM-NJK |
| vs. | ORDER DENYING STIPULATION TO EXTEND STAY |
| KENNETH RAYMOND ORCHARD, et al., | |
|     Defendants. | (Docket No. 27) |

    Pending before the Court is a stipulation to extend the stay in the instant case. Docket No. 27. On November 9, 2015, the parties submitted a stipulation to stay the instant case for 90 days so that the parties would have time to work out the details of an agreement for dismissal of the instant matter. Docket No. 24. On November 10, 2015, the Court granted the parties' stipulation, and ordered the parties to either file the necessary dismissal documents or a joint proposed discovery plan, no later than February 5, 2016. Docket No. 26.

    On February 5, 2016, the parties refiled the exact same stipulation they filed in November (still dated November 9, 2015), again asking the Court to stay the instant case for 90 days, until February 5, 2016, except that Plaintiff's attorney neglected to sign the instant stipulation. Docket No. 27.

    Accordingly, the instant stipulation is hereby DENIED without prejudice.

    IT IS SO ORDERED.

    DATED: February 5, 2016.

                                                      _____
                                                    NANCY J. KOPPE
                                                    United States Magistrate Judge