1  ROBERT J. CALDWELL, ESQ.
   Nevada Bar No. 007637
2  E. DANIEL KIDD, ESQ.
   Nevada Bar No. 010106
3  KOLESAR & LEATHAM
   400 South Rampart Boulevard
4  Suite 400
   Las Vegas, Nevada  89145
5  Telephone:  (702) 362-7800
   Facsimile:  (702) 362-9472
6  E-Mail:     rcaldwell@klnevada.com
               dkidd@klnevada.com
7
8  *Attorneys for Plaintiff, BMO HARRIS BANK*
   *N.A., as successor by merger to M&I*
   *MARSHALL & ILSLEY BANK*
9

10

11                    **UNITED STATES DISTRICT COURT**

12                          **DISTRICT OF NEVADA**

13                                * * *

14  BMO HARRIS BANK N.A., as successor by          CASE NO. 2:15-cv-00593-JCM-NJK
    merger to M&I MARSHALL & ILSLEY
15  BANK,                                          **STIPULATION AND ORDER**
                                                   **FOR STAY**
16                         Plaintiff,

17          vs.

18  KENNETH RAYMOND ORCHARD, an
    individual; CHERYL KATHLEEN
19  ORCHARD, an individual; and DOES 1
    through 10, inclusive,
20
                           Defendants.
21

22          Plaintiff/Counter-Defendant, BMO HARRIS BANK N.A., as successor by merger to

23  M&I MARSHALL & ILSLEY BANK, by and through its counsel of record, and

24  Defendants/Counter-Claimants, KENNETH RAYMOND ORCHARD and CHERYL

25  KATHLEEN ORCHARD, by and through their counsel of record, hereby stipulate and agree

26  that the above-entitled action be stayed for a period of 60 days in order to allow the parties

27  further time to work out the details of an agreement for dismissal without prejudice for this

28  matter.  The parties previously obtained an order to stay this action until February 5, 2016.  The

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

parties seek an additional 60 days in order to allow time to finalize settlement documents and an agreement for dismissal.

     **IT IS SO STIPULATED**.

DATED this 5th day of February, 2015.     DATED this 5th day of February, 2015.

**KOLESAR & LEATHAM**     **BAILEY KENNEDY**

     */s/ E. Daniel Kidd*          */s/ Mark Hesiak*

By:_____     By:_____

   ROBERT J. CALDWELL, ESQ.      JOSEPH A. LIEBMAN, ESQ.
   Nevada Bar No. 007637         Nevada Bar No. 10125
   E. DANIEL KIDD, ESQ.          MARK HESIAK, ESQ.
   Nevada Bar No. 10106          Nevada Bar No. 12397
   400 South Rampart Boulevard, Suite 400     8984 Spanish Ridge Avenue
   Las Vegas, Nevada  89145         Las Vegas, Nevada 89148-1302

*Attorneys for Plaintiff/Counter-*     *Attorneys for Defendant/Counter-Claimants*
*Defendant*

### ORDER

     Pursuant to the foregoing Stipulation and good cause appearing therefore:

     IT IS HEREBY ORDERED that the above-entitled action is stayed for 60 days.  IT IS FURTHER ORDERED that the parties file the necessary documents for dismissal without prejudice, or if necessary, a joint discovery plan and scheduling order, by April 6, 2016.

     **IT IS SO ORDERED** this \_\_\_5th\_\_\_ day of \_\_\_February\_\_\_, 2015.

NO FURTHER EXTENSIONS WILL
BE GRANTED.     _____
     UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted:

**KOLESAR & LEATHAM**

*/s/ E. Daniel Kidd*

_____
ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
E. DANIEL KIDD, ESQ.
Nevada Bar No. 10106
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145

*Attorneys for Plaintiff/Counter-Defendant*

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472